DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Home Savings and Loan Company of Youngstown, Ohio, | ) ) ) | CASE NO. 4:09 CV 1683 |
| Plaintiff, | ) ) ) | JUDGMENT ENTRY |
| v. | ) ) | |
| Richard A. Mackewitz, et al., | ) ) ) | |
| Defendants. | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this case, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

> Judgment is hereby entered in favor of Plaintiff Home Savings & Loan Company of Youngstown, Ohio and against Defendants Richard A. Mackewitz and Patricia L. Mackewitz in the amount of $165,680.66 plus interest at the contractual rate of 6.75% annually from July 15, 2009 to the date of this judgment.  Plaintiff is hereby awarded ownership of the Motor Bus, described as follows:
>
> Make:       Monaco
> Year:       2004
> Model:      Diplomat
> Body Type:  MH
> VIN No.     1RF42454342030059
>
> The net proceeds Plaintiff obtains upon sale of the aforementioned Motor Bus shall be credited toward the satisfaction of the monetary judgment against Defendants.

The Clerk is directed to mail a copy of this Judgment Entry to defendants at their address of record.  This case is closed.

IT IS SO ORDERED.

 February 18, 2010                             *s/ David D. Dowd, Jr.*
Date                                                    David D. Dowd, Jr.
                                                             U.S. District Judge

2